FILED'08 MAR 24 14:23 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JOYCE A. HOPSON,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

CV-07-0133-MA

JUDGMENT

Based on the record and the Order for Remand filed herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner is reversed and remanded pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the order.

Dated this 24 day of March, 2008.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

1 - JUDGMENT